No. 93–9058.  TANNER ET AL. *v.* CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 93–9059.  LEONARD *v.* NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 93–9064.  SOULE *v.* THOMAS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–9068.  TAYLOR *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 93–9071.  WARMAN *v.* SOMMERSET COUNTY COMMISSIONERS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–9073.  HAMMOND *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 93–9076.  GASTER *v.* CATOE, DEPUTY COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–9078.  GREEN *v.* COLORADO.  Ct. App. Colo.  Certiorari denied.

No. 93–9079.  HUNT *v.* BENNETT ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 93–9081.  JONES *v.* JIVE PUBLISHING ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 93–9085.  DIXON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–9088.  THOMPSON *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 93–9089.  UPLINGER *v.* WHITE, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 93–9090.  KNIGHT *v.* WEST VIRGINIA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–9096.  DELBRIDGE ET AL. *v.* FRANCO ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 93–9097.  AWOFOLU *v.* CITY OF LOS ANGELES ET AL.  C. A. 9th Cir.  Certiorari denied.